McGREGOR W. SCOTT
United States Attorney
BRIAN W. ENOS
Asst. United States Attorney
1130 O St., Room 3654
Fresno, California 93721
Telephone: 559/498-7272
Facsimile: 559/498-7432

Attorneys for Defendant
United States of America

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JODY K. GEORGE, | No. 1: 03 CV 6052 DLB |
| Plaintiff, | **STIPULATION AND ORDER AMENDING SCHEDULING ORDER** |
| v. | |
| JOHN E. POTTER, Postmaster General, United States Postal Service, | |
| Defendant. | |

    Plaintiff Jody K. George and defendant United States stipulate, by and through the undersigned counsel, to the following revised case schedule as specified below and respectfully request that the Court so approve.

    Good cause exists in support of this stipulation. This action encompasses seven separate administrative claims spanning over several years. As a result, the parties expect to participate in numerous depositions and voluminous documents have been produced and continue to be sought and/or otherwise obtained. While the parties have commenced written discovery, an extension of this action's discovery and remaining deadlines are

1

1  warranted because: (1) new counsel at the U.S. Attorney's Office
2  was assigned to this case (and others) this past March, and a
3  continuance is necessary in order for counsel to avoid
4  unnecessary and likely problematic overlapping deadlines
5  involving both this case and others whose scheduling orders
6  precede his initial appearances.  In fact, defendant's counsel's
7  calendar regarding inherited cases is particularly impacted in
8  September 2005; (2) plaintiff's counsel has cooperated with
9  defendant's counsel in allowing him time to familiarize himself
10 with the voluminous issues and documents related to the case.
11 The parties, however, therefore need additional time by which to
12 complete written discovery, resolve potential discovery disputes
13 and depose witnesses; and (3) the parties wish to preserve the
14 order of deadlines/pre-trial dates as set forth in the Court's
15 October 27, 2004 Scheduling Conference Order.
16     Based on the above, the parties hereby stipulate to the
17 continuance of this action's case schedule as specified below.
18 The parties also request the Court to endorse this stipulation by
19 way of formal order.

|  | Old Date | **New Date** |
|---|---|---|
| Expert Disclosure Deadline | September 15, 2005 | **November 10, 2005** |
| Discovery Deadlines: |  |  |
| Non-Expert | September 30, 2005 | **December 2, 2005** |
| Expert | December 16, 2005 | **February 10, 2006** |
| Non-Dispositive Motion Filing Deadline | January 13, 2006 | **March 10, 2006** |
| Dispositive Motion Filing Deadline | February 22, 2006 | **April 19, 2006** |

2

| | | |
|---|---|---|
| Pre-Trial Conference | May 5, 2006<br>(1:30 p.m.; DLB) | **June 30, 2006**<br>(1:30 p.m.; DLB) |
| Trial Date | June 20, 2006<br>(Ctrm. 3; 5 days) | **August 22, 2006**<br>(Ctrm. 5; 5 days) |

Dated: July 14, 2005.                           July 14, 2005

                                                Respectfully submitted,

Law Offices of Elaine W. Wallace    McGREGOR W. SCOTT
                                                United States Attorney


/s/ Elaine W. Wallace (auth. 7/14)    /s/ Brian W. Enos
ELAINE W. WALLACE                          BRIAN W. ENOS
Attorneys for                                  Attorneys for
Plaintiff Jody K. George                United States of America


     IT IS SO ORDERED.

**Dated:   July 15, 2005**                        /s/ Dennis L. Beck
3b142a                                          UNITED STATES MAGISTRATE JUDGE

3