1  McGREGOR W. SCOTT
   United States Attorney
2  BRIAN W. ENOS
   Assistant United States Attorney
3  United States Courthouse
   2500 Tulare St., Ste. 4401
4  Fresno, California 93721
   Telephone: 559/498-7272
5  Facsimile: 559/498-7432

6  Attorneys for Defendant
   John E. Potter, Postmaster General
7  United States Postal Service

8
                    **UNITED STATES DISTRICT COURT**
9
                    **EASTERN DISTRICT OF CALIFORNIA**
10

11 JODY K. GEORGE,              )   No. 1: 03 CV 6052 DLB
                                )
12            Plaintiff,        )   **STIPULATION AND ORDER**
                                )   **VACATING LITIGATION SCHEDULE**
13            v.                )
                                )
14 JOHN E. POTTER,              )
   Postmaster General,          )
15 United States Postal Service,)
                                )
16            Defendant.        )
                                )
17 ─────────────────────────────

18       The present action comprises an employment dispute relating

19 to the employment of plaintiff Jody K. George ("plaintiff") at

20 the Merced Post Office.  Discovery commenced long ago, and the

21 parties have thus far requested and exchanged extensive written

22 discovery, including thousands of pages of documents.

23       This action involves complex discovery issues, including

24 those pertaining to the production of both paper documents, as

25 well as the production of electronically stored information

26 ("ESI").  These discovery issues also include those relevant to

27 novel components of Federal Rules 26 and 37 regarding ESI and

28 expected to take effect in December 2006.  In addition, the

                              1

1  parties presently anticipate that this action will require the
2  taking of many depositions, most of which after the parties work
3  through the above document production issues.

4      Plaintiff and defendant John Potter, Postmaster General,
5  United States Postal Service ("Postal Service") participated in
6  an informal discovery conference with the Honorable Dennis L.
7  Beck in his chambers on May 1, 2006.  Within this conference, the
8  parties significantly briefed and then addressed outstanding
9  discovery issues in this case, and each requested that this
10 action's litigation schedule be extended to allow for them to
11 continue working through these issues.  Pursuant to what was
12 discussed at the informal discovery conference, the parties
13 understand that the Court is willing to vacate the litigation
14 schedule now, with the understanding that the parties would
15 propose a new schedule after diligently working through enough
16 discovery issues to enable them to determine an appropriate
17 schedule.

18     The Postal Service's counsel's office contacted the Court
19 after the above discovery conference to ask if an order vacating
20 dates would be issued, and learned that the Court requested that
21 a stipulation and proposed order first be filed.

22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

1    The parties therefore stipulate, by and through the

2    undersigned counsel, to the vacating this action's litigation

3    schedule at this time.

4    Dated: May 22, 2006.                    May 22, 2006

5                        Respectfully submitted,

6    Law Offices of Elaine W. Wallace    McGREGOR W. SCOTT
                                          United States Attorney
7
     As auth. 5/22/06
8
      /s/ Elaine W. Wallace          /s/ Brian W. Enos
9    ELAINE W. WALLACE                BRIAN W. ENOS
     Attorneys for                    Attorneys for
10   Plaintiff Jody K. George         the United States
                                      Postal Service
11

12           IT IS SO ORDERED.

13       Dated:   May 23, 2006          /s/ Dennis L. Beck
     3b142a                         UNITED STATES MAGISTRATE JUDGE
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                  3