McGREGOR W. SCOTT
United States Attorney
BRIAN W. ENOS
Assistant United States Attorney
United States Courthouse
2500 Tulare St., Ste. 4401
Fresno, California 93721
Telephone: 559/498-7272
Facsimile: 559/498-7432

Attorneys for Defendant
John E. Potter, Postmaster General
United States Postal Service

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| JODY K. GEORGE, | ) | No. CIV-F-03-6052 DLB |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ORDER RE** |
| | ) | ***SECOND*** **INFORMAL DISCOVERY** |
| v. | ) | **CONFERENCE AND CONTINUED** |
| | ) | **SCHEDULING CONFERENCE** |
| JOHN E. POTTER, | ) | |
| Postmaster General, | ) | |
| United States Postal Service, | ) | |
| | ) | |
| Defendant. | ) | |

   In May 2006, the parties to the above action participated in an informal discovery conference with the Court in chambers. During this informal conference, the parties addressed several discovery issues, including but not limited to those issues relating to the production of electronically stored information ("ESI"). Pursuant to the above conference, the Court vacated this case's then-existing litigation schedule, and provided the parties with additional time by which to try to resolve these issues.

   Since the above conference, the parties have extensively engaged in further written discovery, and also participated in

1  depositions.  Pursuant to the above, as well as the parties' June
2  27, 2007 e-mail exchange with the Court, the parties now request
3  a *second* informal discovery conference in chambers.  The parties
4  seek the Court's guidance regarding those discovery issues that
5  presently remain in the case prior to the potential need to
6  address these issues in a formal motion.  The parties recommend
7  that they also serve, but not file, informal letter briefs on the
8  Court and opposing counsel prior to the conference pursuant to
9  the briefing schedule set forth below.
10      In light of the above, the parties stipulate to the briefing
11 schedule and discovery/scheduling conferences as set forth below.
12 These dates consider the parties' respective caseload demands of
13 this fall, as well as their current exchanges regarding potential
14 case resolution issues.
15 Plaintiff's filing of letter brief:           October 30, 2007
16 Defendant's filing of opposition:             November 13, 2007
17 Plaintiff's filing of reply brief, if any:    November 20, 2007
18 Discovery/Continued Scheduling Conferences:   December 3, 2007
19 Dated: August 20, 2007                August 20, 2007
20                        Respectfully submitted,
21 Law Offices of Elaine W. Wallace    McGREGOR W. SCOTT
                                       United States Attorney
22
   As auth. 8/20/07
23
    /s/ Elaine W. Wallace              /s/ Brian W. Enos
24 ELAINE W. WALLACE                   BRIAN W. ENOS
   Attorneys for                       Attorneys for
25 Plaintiff Jody K. George            the United States
                                       Postal Service
26 ///
27 ///
28 ///

2

IT IS SO ORDERED.

Dated: **August 23, 2007**              **/s/ Dennis L. Beck**
                                        UNITED STATES MAGISTRATE JUDGE