McGREGOR W. SCOTT
United States Attorney
BRIAN W. ENOS
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Defendant John E. Potter,
   Postmaster General United States Postal Service

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JODY K. GEORGE,  )  | 1:03-cv-6052-DLB |
| ) | |
| Plaintiff, ) | **STIPULATION AND [PROPOSED]** |
| ) | **ORDER RE LITIGATION SCHEDULE** |
| v. ) | |
| ) | |
| JOHN E. POTTER, Postmaster ) | |
| General, United States ) | |
| Postal Service, ) | |
| ) | |
| Defendant. ) | |

Counsel for the parties to the above action have extensively met and conferred about re-instituting a case schedule regarding the above case.  Pursuant to these efforts, and in consideration of the parties' respective caseload demands, the parties stipulate to the litigation schedule set forth below and ask the court to endorse it by way of formal order.

As additional background to their agreed litigation schedule, the parties further advise the Court that: (1) they anticipate taking the depositions of witnesses relating both to discovery matters and plaintiff's claims by July 2008 (with as many depositions to take place in Merced, California as practicable), and that their agreed-upon close of discovery date

contemplates the possibility that these depositions may reveal the need for follow up discovery; (2) the parties are each amenable to the concept of engaging in a settlement conference, but counsel for the Postal Service will need to further confer about this issue with representatives of the Postal Service prior to committing it to a date certain.  Once all parties are able to agree upon a date by which to participate in the settlement conference, they will promptly contact the court regarding its scheduling; (3) the parties agree to this scheduling stipulation while presently unsure of when or the extent plaintiff's counsel may need to address significant issues relating to her health in the future; and (4) the Postal Service anticipates arranging for an expert to conduct a Rule 35 examination of plaintiff prior to expert disclosures.

**Stipulated Schedule**:

| | | | |
|---|---|---|---|
| | a. | Close of Discovery: | October 1, 2008 |
| | b. | Rule 35 Evaluation, if any: | By October 1, 2008 |
| | c. | Expert Disclosures: | October 15, 2008 |
| | | Rebuttal expert disclosures: | November 14, 2008 |
| | d. | Close of Expert Discovery: | December 5, 2008 |
| | e. | Filing pre-trial motions: | |
| | | Non-Dispositive motions: | December 2, 2008 |
| | | Dispositive motions: | January 27, 2009 |
| | f. | Pre-trial Conference: | April 24, 2009 @1:30 p.m. |
| | G. | Trial: | June 9, 2009 @9:00 a.m. |

///

```
1  Dated: March 31, 2008                March 31, 2008
2                        Respectfully submitted,
3  Law Offices of Elaine W. Wallace    McGREGOR W. SCOTT
                                       United States Attorney
4
   (As authorized via e-mail 3/31/08)
5

6  /s/Elaine W. Wallace                /s/ Brian W. Enos
   ELAINE W. WALLACE                   BRIAN W. ENOS
7  Attorneys for                       Attorneys for
   Plaintiff Jody K. George            the United States
8                                      Postal Service
```

9     IT IS SO ORDERED.

10     Dated:  **April 1, 2008**         **/s/ Dennis L. Beck**
                                               UNITED STATES MAGISTRATE JUDGE

STIPULATION AND [PROPOSED] ORDER RE LITIGATION SCHEDULE