LARRY G. BROWN
Acting United States Attorney
SYLVIA A. QUAST
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2740

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JODY K. GEORGE,<br><br>  Plaintiff,<br><br>  v.<br><br>JOHN E. POTTER; and UNITED STATES POSTAL SERVICE,<br><br>  Defendants. | No. 1:03-cv-06052-DLB<br><br>**STIPULATION EXTENDING TIME TO FILE DISPOSITIVE MOTIONS AND ORDER** |

On September 22, 2008, the Court held a telephonic conference call in which it granted Plaintiff's request for a modification of the schedule order in this case.  Docket Entry 60.  As part of the Minute Order resulting from that conference, the Court set a deadline of July 9, 2009, for dispositive motions to be filed in this case.  Id.  Since that time, the parties have completed discovery and new counsel, Sylvia Quast, has taken over the case on behalf of the defendant and has worked diligently to come up to speed in this case, reviewing thousands of pages of documents that have been produced, as well as all the deposition transcripts and other discovery in this case.  In order to prepare a summary judgment motion that will address all aspects of this case, defendant requested plaintiff to stipulate to an extension of the dispositive motion deadline

1   to July 27, 2009, to which plaintiff agreed.  Accordingly, the parties respectfully request that the
2   court endorse this stipulation by way of a formal order.

4   DATED: June 30, 2009                        LARRY G. BROWN
                                                Acting United States Attorney

6                                       By:     /s/ Sylvia A. Quast
                                                SYLVIA A. QUAST
7                                               Assistant U.S. Attorney

9   DATED: June 30, 2009                         /s/ Elaine W. Wallace
                                                ELAINE W. WALLACE
10                                              Attorneys for Plaintiff

12                                       **ORDER**

14       IT IS SO ORDERED.
15       **Dated:   July 6, 2009**                   **/s/ Dennis L. Beck**
                                                UNITED STATES MAGISTRATE JUDGE