| | |
|---|---|
| 1 | LARRY G. BROWN |
| | Acting United States Attorney |
| 2 | SYLVIA A. QUAST |
| | Assistant United States Attorney |
| 3 | 501 I Street, Suite 10-100 |
| | Sacramento, CA  95814 |
| 4 | Telephone: (916) 554-2740 |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JODY K. GEORGE, | ) |
| | ) No. 1:03-cv-06052-DLB |
| Plaintiff, | ) |
| | ) |
| v. | ) **STIPULATION TO VACATE** |
| | ) **PRETRIAL CONFERENCE AND** |
| JOHN E. POTTER; and UNITED STATES | ) **TRIAL DATES AND ORDER** |
| POSTAL SERVICE, | ) |
| | ) |
| Defendants. | ) |
|  | ) |

On September 22, 2008, the Court held a telephonic conference call in which it granted Plaintiff's request for a modification of the schedule order in this case. Docket Entry 60. As part of the Minute Order resulting from that conference, the Court set a pretrial conference for August 28, 2009, and trial for October 6, 2009. The court subsequently reset the pretrial conference for September 4, 2009, at 1:30 pm. Docket Entry 65. On July 27, Defendants filed a motion for summary judgment, and noticed that motion for the same date as the pretrial conference. Docket Entries 66 -72. Because Defendants' Motion is potentially dispositive of this case and to avoid potentially unnecessary expenditure of the parties' and the Court's time and resources, the parties respectfully request that the court vacate the dates currently set for the pretrial conference and the trial in this matter, and establish new dates for the same at the hearing on Defendants' Motion on

1  September 4.  The parties further respectfully request that the Court endorse this stipulation by
2  way of a formal order.
3
4  DATED: July 29, 2009                    LARRY G. BROWN
                                            Acting United States Attorney
5
6                                    By:    /s/ Sylvia A. Quast
                                            SYLVIA A. QUAST
7                                           Assistant U.S. Attorney
8
9  DATED: July 29, 2009                     /s/ Elaine W. Wallace
                                            ELAINE W. WALLACE
10                                          Attorneys for Plaintiff
11
12                                       **ORDER**
13
14       IT IS SO ORDERED.
15       **Dated:   July 31, 2009**                **/s/ Dennis L. Beck**
                                                   UNITED STATES MAGISTRATE JUDGE
16
17
18
19
20
21
22
23
24
25
26
27
28